●AO 133 (Rev. 8/06) Bill of Costs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11

# UNITED STATES DISTRICT COURT

Southern District of New York

SETTLEMENT FUNDING, LLC,

V.

AXA EQUITABLE LIFE INSURANCE CO.,

## BILL OF COSTS

Case Number: 09-CV-8685-HB

Judgment having been entered in the above entitled action on 11/15/2010 against AXA EQUITABLE LIFE INS,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 375.00 |
| Fees for service of summons and subpoena | 974.50  663.2_ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,857.81 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page two) | 324.85  253.10 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 4,113.15  461.40 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) ...(See Exhibit "A" attached) | 76,659.35  23540.70 |
| **TOTAL** | **$ 87,304.66** |
| | 30,148.26 |

DOCKETED AS A JUDGMENT # 11,0964 ON 5/23/11

Submitting party having appeared
Objections submitted

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: BRIAN KOCH

For: SETTLEMENT FUNDING, LLC AND LIFE SETTLEMENT CORPORATION    Date: 11/29/2010
Name of Claiming Party

Costs are taxed in the amount of $30,148.26 and included in the judgment.

_____  By: _____  5/23/11
Clerk of Court         Deputy Clerk         Date

RECEIVED MAY 20 2011 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SETTLEMENT FUNDING, LLC,

        Plaintiff,

   v.

AXA EQUITABLE LIFE INSURANCE COMPANY,

        Defendant, Counterclaim-Plaintiff and
        Third-Party Plaintiff

   v.

SETTLEMENT FUNDING, LLC,

        -and-

LIFE SETTLEMENT CORPORATION,

        Counterclaim-Defendants

   v.

ALAN RUBENSTEIN, individually,

        -and-

ALAN RUBENSTEIN, as Trustee of the
Esther Adler Family Trust 20070221,

        Third-Party Defendants
-----------------------------------------------------------------x

NO. 09-CV-8685-HB

**NOTICE OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S OBJECTION TO RENEWED BILL OF COSTS**