UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SETTLEMENT FUNDING, LLC,

        Plaintiff,

    v.

AXA EQUITABLE LIFE INSURANCE COMPANY,

        Defendant, Counterclaim-Plaintiff and
        Third-Party Plaintiff

    v.

SETTLEMENT FUNDING, LLC,

  -and-

LIFE SETTLEMENT CORPORATION,

        Counterclaim-Defendants

    v.

ALAN RUBENSTEIN, individually,

  -and-

ALAN RUBENSTEIN, as Trustee of the
Esther Adler Family Trust 20070221,

        Third-Party Defendants
------------------------------------------------------------------------x

NO.  09-CV-8685-HB

## AXA EQUITABLE LIFE INSURANCE COMPANY'S MOTION TO REVIEW COSTS

      Defendant and Counterclaim Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), by and through its undersigned counsel, moves this Court to review the decision of the Clerk to tax certain costs against AXA Equitable pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.  In support of this motion AXA Equitable will rely upon the authority cited in the memorandum of law filed in support of the motion and the documentary evidence included with the Declaration of Stephen A. Serfass filed in support of the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 8, 2010 | DRINKER BIDDLE & REATH LLP |
|  | By:  /s/ Gregory J. Star |
|  | Stephen C. Baker (*pro hac vice*) |
|  | Stephen A. Serfass (*pro hac vice*) |
|  | Gregory J. Star (*pro hac vice*) |
|  | Drinker Biddle & Reath LLP |
|  | One Logan Square, Ste. 2000 |
|  | Philadelphia, PA 19103 |
|  | (215) 988-2700 (phone) |
|  | (215) 988-2757 (facsimile) |
|  | Stephen.Baker@dbr.com |
|  | Stephen.Serfass@dbr.com |
|  | Gregory.Star@dbr.com |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served, on the counsel of record listed below, a copy of the foregoing Motion to Review Costs, as well as the accompanying Notice of Motion, Memorandum of Law in support of the Motion and the Declaration of Stephen A. Serfass in support thereof, by filing the same through the Court's ECF/CM system:

>Philip H. Cohen
>Greenberg Traurig, LLP
>200 Park Avenue
>New York, New York 10166
>
>Jesus E. Cuza
>Ina M. Berlingeri
>Greenberg Traurig, LLP
>401 East Las Olas Boulevard
>20th Floor
>Fort Lauderdale, FL 33301

*Attorneys for Plaintiff and Counterclaim-Defendant Settlement Funding, LLC and Counterclaim-Defendant Life Settlement Corporation*

>Ira S. Lipsius, Esquire
>Schindel, Farman, Lipsius, Gardner & Rabinovich LLP
>14 Penn Plaza, Suite 500
>New York, NY 10122

*Attorney for Third-Party Defendant Alan Rubenstein, individually and as trustee of the Esther Adler Family Trust 20070221*

Dated: June 8, 2011                        /s/ Gregory J. Star
                                           Gregory J. Star