# KROLL ONTRACK | TRIALGRAPHIX.

**INVOICE**

Please make check payable to:

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

Invoice #: IFL212585
Client #: G0353-09
Date: 10/24/2010
Due Date: Due Upon Receipt
Page: 1 of 2

Jesus Cuza, Esq.
Greenberg Traurig LLP
401 East Las Olas Blvd.
20th Floor
Fort Lauderdale, Florida 33301

Ship To/Remarks:
New York, NY

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Settlement Funding L.L.C. v. AXA Equitable Life Insura... | 37619 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| B&W Document Production | 7,881.00 | $0.40 | $3,152.40 |
| B&W Document - Images Provided | 171.00 | $0.25 | $42.75 |
| Trial Logistics Project Management | 1.00 | $725.00 | $725.00 |
| Color Scan | 16.00 | $1.50 | $24.00 |
| Video Synchronization | 2.00 | $70.00 | $140.00 |
| Video Sync - QC/Conversion | 7.00 | $225.00 | $1,575.00 |
| Audio/Video Sync - Clip Creation | 12.75 | $150.00 | $1,912.50 |
| Ontrack Prepview - Case Fee (Monthly) | 1.00 | $45.00 | $45.00 |
| Ontrack Prepview - Transcript Hosting (Monthly) | 9.00 | $4.50 | $40.50 |
| Ontrack Prepview - Transcript Hosting w/ Video (Monthly) | 9.00 | $15.00 | $135.00 |
| Ontrack Prepview - Data Upload & Linking | 0.75 | $185.00 | $138.75 |
| Database Update | 2.00 | $75.00 | $150.00 |
| Computer Time | 4.75 | $150.00 | $712.50 |
| CD Creation | 1.00 | $15.00 | $15.00 |
| DVD Creation | 1.00 | $15.00 | $15.00 |
| Database Administration | 6.00 | $185.00 | $1,110.00 |
| Data Archive | 1.00 | $295.00 | $295.00 |
| Trial Logistics - Equipment | 1.00 | $3,200.00 | $3,200.00 |
| Project Consultation | 1.00 | $750.00 | $750.00 |
| Presentation System Rental | 1.00 | $750.00 | $750.00 |
| AV Equip Rental - Courtroom | 1.00 | $3,045.00 | $3,045.00 |

Continued on next page...



PLAINTIFF'S EXHIBIT 1

# KROLL ONTRACK® | TRIALGRAPHIX.

**INVOICE**

Please make check payable to:

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:        305-676-0188

Invoice #: IFL212585
Client #:  G0353-09
Date:      10/24/2010
Due Date: Due Upon Receipt
Page:      2 of 2

Jesus Cuza, Esq.
Greenberg Traurig LLP
401 East Las Olas Blvd.
20th Floor
Fort Lauderdale, Florida  33301

**Ship To/Remarks:**
New York, NY

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Settlement Funding L.L.C. v. AXA Equitable Life Insura... | 37619 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| On-Site PT Consulting Service | 73.50 | $150.00 | $11,025.00 |
| Trial Logistics Support | 10.00 | $150.00 | $1,500.00 |
| Travel Expenses | 1.00 | $5,800.71 | $5,800.71 |
| Pickup/Delivery - Local | 4.00 | $15.00 | $60.00 |
| Shipping | 1.00 | $975.17 | $975.17 |

| | |
|---|---|
| Subtotal | $37,334.28 |
| Tax | $0.00 |
| Total | $37,334.28 |

Services rendered after 10/24/2010 will appear on your next month's invoice.

# KROLL ONTRACK® | TRIALGRAPHIX.

## SUPPORTING DOCUMENTATION FOR INVOICE # IFL212585

Invoice Date: 10/24/2010

Jesus Cuza, Esq.
Greenberg Traurig LLP
401 East Las Olas Blvd.
20th Floor
Fort Lauderdale, Florida 33301

Case Name: Settlement Funding L.L.C. v. AXA Equitable Life Insura...
TrialGraphix Job Number: 37619

### Invoice Summary:

| | |
|---|---:|
| Presentation Technology Production | 12,763.40 |
| Project Consultation | 1,475.00 |
| Presentation System Rental | 750.00 |
| AV Equipment Rental - Courtroom | 3,045.00 |
| On Site Presentation Technology Consultant Services | 11,025.00 |
| On Site Trial Logistics Services | 1,500.00 |
| Travel Expenses | 5,800.71 |
| Shipping | 975.17 |
| Subtotal | $37,334.28 |
| Tax | 0.00 |
| Amount Due | $37,334.28 |

### PRESENTATION TECHNOLOGY PRODUCTION

| | Quantity | U/M | Price | Extended Price |
|---|---:|---|---:|---:|
| B&W Document Production | 7,881.00 | Each | 0.40 | 3,152.40 |
| B&W Document - Images Provided | 171.00 | Each | 0.25 | 42.75 |
| Color Scan | 16.00 | Each | 1.50 | 24.00 |
| Video Synchronization | 2.00 | Hour | 70.00 | 140.00 |
| Video Sync - QC/Conversion | 7.00 | Each | 225.00 | 1,575.00 |
| Audio/Video Sync - Clip Creation | 12.75 | Hour | 150.00 | 1,912.50 |
| Ontrack Prepview - Case Fee (Monthly) | 1.00 | Each | 45.00 | 45.00 |
| Ontrack Prepview - Transcript Hosting (Monthly) | 9.00 | Each | 4.50 | 40.50 |
| Ontrack Prepview - Transcript Hosting w/ Video (Monthly) | 9.00 | Each | 15.00 | 135.00 |
| Ontrack Prepview - Data Upload & Linking | 0.75 | Hour | 185.00 | 138.75 |
| Database Update | 2.00 | Each | 75.00 | 150.00 |
| Computer Time | 4.75 | Hour | 150.00 | 712.50 |
| CD Creation | 1.00 | Each | 15.00 | 15.00 |
| DVD Creation | 1.00 | Each | 15.00 | 15.00 |
| Database Administration | 6.00 | Unit | 185.00 | 1,110.00 |
| Data Archive | 1.00 | Unit | 295.00 | 295.00 |
| Trial Logistics - Equipment | 1.00 | Each | 3,200.00 | 3,200.00 |
| Pickup/Delivery - Local | 4.00 | Each | 15.00 | 60.00 |



| | |
|---|---:|
| Total – Presentation Technology Production | 12,763.40 |

Key Product/Service Descriptions:

Black & White Document Production - There are various categories of black-and-white document production. These charges are associated with the processing of black-and-white documents or images provided by the trial team for use with the presentation system.
Our document production process includes a complete inventory and document review, establishing a standard document ID reference, disassembly and preparation of documents for imaging, imaging of documents, correction of image orientation, de-skewing images; and final quality-control inspection prior to client delivery.
Certain categories of black-and-white document production include printing images as bar-coded pages, proofing page for page against originals or index, logical organization of all materials in trial binders, and creating custom covers and spines for notebooks (consumables are billed separately).

Black & White Document Production - There are various categories of black-and-white document production. These charges are associated with the processing of black-and-white documents or images provided by the trial team for use with the presentation system.
Our document production process includes a complete inventory and document review, establishing a standard document ID reference, correction of image orientation, de-skewing images; and final quality-control inspection prior to client delivery.
Certain categories of black-and-white document production include printing images as bar-coded pages, proofing page for page against originals or index, logical organization of all materials in trial binders, and creating custom covers and spines for notebooks (consumables are billed separately).

Audio/Video Synchronization - The synchronization process enables the trial team to display specific sections of video and audio with or without the corresponding transcript. This tool allows the review of important testimony prior to display during trial, and it allows the ability to create clips "on the fly" in the courtroom.
Charges associated with this service include compiling inventory of all video/audio and transcripts received, reviewing all pre-digitized video/audio to assess quality prior to synchronization, formatting transcripts for synchronization, digitizing audio/video (if necessary), coding the synchronized file for playback, creation of required computer files, and final quality control.

Video Sync QC - If your video has already been synchronized by a court reporter or other provider, we will quality control the deposition(s) to ensure quality and accuracy and will confirm there are no additional issues such as single-channel audio.

Audio/Video Sync Clip Creation - Trial teams often send designations to TrialGraphix for which they want clips to be created in advance. Our technicians perform this task in our facilities and transfer the data to the trial team's presentation system for retrieval.

A monthly case fee is applied if an Ontrack Prepview case is active for the month.

A monthly fee is applied for each transcript hosted in Ontrack Prepview.

A monthly fee is applied for each transcript's associated video synchronization hosted in Ontrack Prepview.

Computer Time - This encompasses time spent by TrialGraphix technicians on tasks that extend beyond standard production work. Such tasks include (but are not limited to) conversion of black-and-white images that are provided to us in formats other than single-page tiffs, manipulation of load files that do not meet TrialGraphix specifications, image branding, exhibit stamping, creating PDFs, and creating custom indexes or load files.

Database Administration - The most critical aspect of a multimedia presentation is the creation and maintenance of the database. We design the structure of your database to meet your project specifications. As materials are generated in the production process, they must be quality-controlled and entered into the database. To add information to the database, the database administrator writes indexes, creates load files, catalogues information, and updates description fields for retrieval.

Data Archive - Upon completion of your project, all data (documents, video, and graphics) are archived by TrialGraphix and stored in a secure location. Should you require access to this material for future filings or related matters, the data will be restored. The archive fee is based on the total volume of data for the project.



## PROJECT CONSULTATION

|  | Date Range | Price |
|---|---|---|
| Trial Logistics Project Management | October 2010 | 725.00 |
| Project Consultation | October 2010 | 750.00 |
|  | Total - Project Consultation | 1,475.00 |

Key Product/Service Descriptions:
Project Consultation - The project consultation team oversees all components of your project. The Project consultant leads this team by performing tasks such as daily communication with trial team members to discuss production needs and deadlines; consultation with the trial team regarding the most effective and cost-efficient ways to present case materials; correspondence with the trial team, opposing counsel and court personnel regarding courtroom setup and audiovisual equipment needs; organizing and leading internal/interoffice meetings, teleconferences or video conferences regarding equipment, production, your database, and additional issues relating to your case; careful evaluation of the trial team's requirements prior to the start of the proceeding; and making recommendations regarding on-site support. The Project consultant also communicates regularly with the trial team and any on-site TrialGraphix staff to ensure that all needs are met throughout the proceeding. Project Consultation charges include time for TrialGraphix staff members who support the Project consultant through communication, planning and execution of all tasks related to the successful completion of the project. These staff members include (but are not limited to) logistic coordinators, project consultants, and systems specialists.

## PRESENTATION SYSTEM RENTAL

|  | Date Range | Price |
|---|---|---|
| Presentation System Rental | 10/18/2010 - 10/22/2010 | 750.00 |
|  | Total - Presentation System Rental | 750.00 |

Key Product/Service Descriptions:
Presentation System - All of your case materials are stored on and displayed through the TrialGraphix presentation system. This system includes the TrialGraphix Exhibitor software, expanded hard-drive and processor capacity, upgraded video and graphics cards, touch-screen technology, a remote bar-code reader for document retrieval, and various other components.

## AV EQUIPMENT RENTAL - COURTROOM

|  | Quantity | Date Range |
|---|---|---|
| Audio Equipment - Speakers | 1 | 10/18/2010 - 10/22/2010 |
| DA 6 | 1 | 10/18/2010 - 10/22/2010 |
| ELMO Visual Presenter | 1 | 10/18/2010 - 10/22/2010 |
| Flat Screen Monitor | 4 | 10/18/2010 - 10/22/2010 |
| Projector | 1 | 10/18/2010 - 10/22/2010 |
| Projection Screen | 1 | 10/18/2010 - 10/22/2010 |
| SW 4 | 1 | 10/18/2010 - 10/22/2010 |
| VGA Cabling and Wiring | 1 | 10/18/2010 - 10/22/2010 |
|  | Total - AV Equipment Rental - Courtroom | 3,045.00 |

Key Product/Service Descriptions:
Courtroom AV equipment is billed separately from the Presentation System rental.
Courtroom Audiovisual Equipment includes various display devices (i.e., monitors, projectors, and screens); the switching, distribution and cabling that links them; and other input devices such as document cameras or VCRs.



## ON SITE PRESENTATION TECHNOLOGY CONSULTANT SERVICES

| Employee Name | Location | Date Range | Hours | Rate/Hr | Extended Price |
|---|---|---|---|---|---|
| Humberto Ferrer | New York, NY | 10/14/2010 - 10/22/2010 | 73.50 | 150.00 | 11,025.00 |
| | | Total - On Site Presentation Technology Consultant Services | | | 11,025.00 |

Key Product/Service Descriptions:
The Presentation Technology Consultant assists the trial team with choreography of opening statements, witness examinations, and cross-examination outlines; operates the presentation system during the proceeding; interacts with court personnel and opposing counsel's presentation vendor to integrate the systems on the courtroom network (if necessary); acts as the lead with regard to the courtroom audiovisual setup, necessary wiring, and courtroom equipment; coordinates database synchronization for all computer systems throughout the proceeding; coordinates and performs all on-site production throughout the proceeding; and provides overall presentation support throughout your litigation.

The presentation technology consultant's time is billed at a minimum of 10 hours per day. The PT consultant's air, ground, and hotel expenses are also billable.

## ON SITE TRIAL LOGISTICS SERVICES

| Employee Name | Location | Date Range | Hours | Rate/Hr | Extended Price |
|---|---|---|---|---|---|
| Humberto Ferrer | New York, NY | 10/15/2010 - 10/16/2010 | 10.00 | 150.00 | 1,500.00 |
| | | Total - On Site Trial Logistics Services | | | 1,500.00 |

## TRAVEL EXPENSES

| Employee Name | Location | Air | Ground | Hotel | |
|---|---|---|---|---|---|
| Humberto Ferrer | New York, NY | 757.74 | 688.97 | 4,354.00 | |
| | | | | Total - Travel Expenses | 5,800.71 |

## SHIPPING

Total - Shipping  975.17

Key Product/Service Descriptions:
All presentation systems, audiovisual and related equipment, and production materials (e.g., documents, video, etc.) are shipped via Federal Express.

KROLL ONTRACK® TRIALGRAPHIX.

**INVOICE**

Please make check payable to:

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

Invoice #: IFL212593
Client #: G0353-09
Date: 10/24/2010
Due Date: Due Upon Receipt
Page: 1 of 1

Billing Inquiries:
Telephone: 800-334-5403
Fax: 305-576-0188

Jesus Cuza, Esq.
Greenberg Traurig LLP
401 East Las Olas Blvd.
20th Floor
Fort Lauderdale, Florida 33301

Ship To/Remarks:

OK TO PAY
067210.010200

Case Name:
Settlement Funding L.L.C. v. AXA Equitable Life Insura...

TG Job Number: 37619

Client Matter Number:

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| 42x96 Color Chart Magnetic Board Mounted & Laminated | 1.00 | $654.00 | $654.00 |
| 18x24 Color Magnetic Plaque Mounted & Laminated | 1.00 | $167.00 | $167.00 |
| 11x17 Color Copy | 6.00 | $1.25 | $7.50 |
| 36x48 Foam Core ½" | 1.00 | $39.50 | $39.50 |
| 36x48 Laminate | 1.00 | $25.00 | $25.00 |
| Easel | 3.00 | $65.00 | $195.00 |
| Markers & Eraser | 2.00 | $9.00 | $18.00 |
| Graphic Development | 40.00 | $150.00 | $6,000.00 |
| Design Consultant | 2.75 | $150.00 | $412.50 |
| Pickup/Delivery - Local | 2.00 | $15.00 | $30.00 |

| | |
|---|---|
| Subtotal | $7,548.50 |
| Tax | $428.16 |
| Total | $7,976.66 |

Services rendered after 10/24/2010 will appear on your next month's invoice.